UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD SEYBOLD,

    Defendant.

09-CR-00183-BR

ORDER SUBSTITUTING
FORFEITED ITEM *RES*

Based upon the motion of the United States of America,

IT IS ORDERED that the sum of $112.50 in United States currency be substituted in all respects for the piece of forfeited artwork entitled, *Christmas Traditions at Watchman Hill Inn*, by William Phillips, serial number 44 of 200, as the *res* in this ancillary criminal forfeiture action.

DATED this 2nd day of December, 2011.

                                          _____
                                          ANNA J. BROWN
                                          United States District Judge

PRESENTED BY:

S. AMANDA MARSHALL, OSB #95347
United States Attorney

*Leslie J. Westphal*
LESLIE J. WESTPHAL, OSB #83344
Assistant United States Attorney